

# Case Assignment
## Standard Criminal Assignment

Case number **3:21CR-50-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Assigned on 5/18/2021 2:50:23 PM
Transaction ID: 56037

Request New Judge     Return